UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLYNN WILSON,<br><br>        Plaintiff,<br><br>  v.<br><br>VERITAS CONSULTING GROUP INC.,<br>HEATHER JOY KOCH, ROBERT KOCH,<br>RON MCINTYRE, and STEVEN<br>GOLDBERG,<br><br>        Defendants. | No. 1:21-cv-08318<br><br>ORDER |

    The June 3, 2022 Civil Case Management Plan and Scheduling Order (Dkt. No. 40) (the "**Original Order**"), as amended by the August 11, 2022 Order granting the Parties' first Letter Motion for Extension of Time to Complete Discovery (Dkt. 42) (the "**First Amended Order**"), and again amended by the November 10, 2022 Order granting the Parties' second Letter Motion for Extension of Time to Complete Discovery (the "**Second Amended Order**") is amended once more as follows:

    1.  The deadline for all fact discovery (paragraph 1 of the Second Amended Order) is extended from January 9, 2023 to February 24, 2023.

    2.  The deadline for depositions (paragraph 2 of the Second Amended Order) is extended from January 9, 2023 to February 24, 2023.

3.  Plaintiff will depose Defendant Robert Koch in-person at the offices of Plaintiff's counsel at 120 Wall Street, 25th Floor, New York, New York, 10005, beginning at 9:30 AM Eastern Time on February 22, 2023.

4.  Plaintiff Dr. Wilson's deposition will be taken virtually (via Zoom) on February 1, 2023 starting at 10:00 AM Eastern Time.

5.  The deadline for all expert discovery (paragraph 3 of the Second Amended Order) is extended from February 13, 2023 to March 31, 2023.

6.  The deadline for Plaintiff's expert disclosures (paragraph 4 of the Second Amended Order) is extended from January 16, 2023 to March 3, 2023.

7.  The deadline for Defendants' expert disclosures (paragraph 5 of the Second Amended Order) is extended from January 16, 2023 to March 3, 2023.

8.  The date by which the parties shall be ready for trial (paragraph 6 of the Second Amended Order) is extended from March 28, 2023 to May 12, 2023.

**SO ORDERED.**

_____
J. PAUL OETKEN
United States District Judge

1/9/2023